IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT RUTHERFORD,<br><br>    Defendant.<br>                              / | No. CR 94-00427 WHA<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |

     Defendant Robert Rutherford moves for a reduction of his sentence on the grounds that Amendment 706 reduced by two points the base offense level assigned to Sentencing Guideline 2D1.1 in determining the offense level for distribution of crack cocaine. Defendant, however, was not sentenced pursuant to Section 2D1.1 based upon an offense level of crack cocaine, but pursuant to Section 4B1.1 based upon his status as a career offender. The Ninth Circuit has determined that when a person is sentenced as a career offender, Amendment 706 is not applicable. In *United States v. Wesson*, 583 F.3d 728, 731 (9th Cir. 2009), the Ninth Circuit stated, "We thus join our sister circuits in holding that a career offender sentenced pursuant to § 4B1.1 is not eligible for a sentence reduction under Amendment 706." Defendant is therefore not eligible for a sentence reduction under Amendment 706. His motion is **DENIED**.

     **IT IS SO ORDERED.**

Dated: June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE